IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Charles E | Case Number: 07 B 17119 |
| | Judge: Squires, John H |
| Printed: 8/12/08 | Filed: 9/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  August 11, 2008
Confirmed: November 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,960.00 | |
| Secured: | | 3,547.46 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,027.89 |
| Trustee Fee: | | 384.65 |
| Other Funds: | | 0.00 |
| Totals: | 6,960.00 | 6,960.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jeff Whitehead | Administrative | 3,553.11 | 3,027.89 |
| 2. | National City Bank | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Tempus Palms International | Secured | 0.00 | 0.00 |
| 5. | National City Bank | Secured | 0.00 | 0.00 |
| 6. | Toyota Motor Credit Corporatio | Secured | 27,258.16 | 3,547.46 |
| 7. | HSBC Mortgage Services | Secured | 8,582.16 | 0.00 |
| 8. | Illiana Financial Credit Union | Unsecured | 10,810.67 | 0.00 |
| 9. | Evergreen Emergency Service | Unsecured | 38.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 3,923.57 | 0.00 |
| 11. | Capital One | Unsecured | 828.16 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,601.71 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,589.86 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 502.33 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 2,438.88 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,325.34 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 920.50 | 0.00 |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | Dillion's Dental Service LLC | Unsecured | | No Claim Filed |
| 22. | Palms Condo Assoc. | Unsecured | | No Claim Filed |
| 23. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 24. | St Margaret Mercy Healthcare | Unsecured | | No Claim Filed |
| 25. | U S Cellular | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brown, Charles E

Printed: 8/12/08

Case Number: 07 B 17119
Judge: Squires, John H
Filed: 9/20/07

26. Tempus Financial Services          Unsecured                                       No Claim Filed
                                                              _____        _____
                                                              $ 63,372.45        $ 6,575.35

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 332.65 |
| 6.5% | 52.00 |
|  | _____ |
|  | $ 384.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____